Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone:   (310) 866-5157
Facsimile:   (310) 943-2085

Attorneys for Plaintiffs
Backgrid USA, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>WEGOTTHISCOVERED.COM, entity type unknown, MATTHEW JOSEPH, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff Backgrid USA, Inc. complain against Defendants WeGotThisCovered.com, entity type unknown, Matthew Joseph, and Does 1-10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1.     This is a civil action against Defendants for acts of copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*. This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 27 U.S.C. § 1332, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.     Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this judicial district, and, on information and belief, the Defendants' agents reside and may be found in this judicial district, and the injury suffered by Plaintiff took place in this judicial district. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California. Specifically, on information and belief, Defendants direct content creators who reside and work in Los Angeles, California, to create content for its websites. Moreover, Defendants publish advertisements that geo-target Los Angeles residents, using the lure of infringing material to openly encourage Southern California residents to visit its website, and, thus, increase Defendants' revenue and traffic.

## PARTIES

3.     Plaintiff Backgrid USA Inc. ("Backgrid") is a California corporation existing under the laws of California, with its principal place of business located in Redondo Beach, California.

4.     On information and belief, Defendant WeGotThisCovered.com, entity type unknown, resides in Ontario, Canada.

5.     On information and belief, Defendant Matthew Joseph is an indiviudal, who, on information and belief resides in Ontario, Canada.

**COMPLAINT**

6.     The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. Plaintiffs will ask for leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

### FACTS COMMON TO ALL COUNTS

### *Backgrid and the Photographs that Frame this Dispute*

7.     Backgrid is one of Hollywood's largest celebrity-photograph agencies that regularly license celebrity-driven content to top-tier outlets, such as TMZ, Entertainment Tonight, New York Post, People Magazine, Huffington Post, the Daily Mail, as well as many television stations, newspapers and other prominent media outlets throughout the world.  Each license has been granted for valuable consideration of up to hundreds of thousands of dollars.

8.     Among many other in-demand photographs, Backgrid respectively own the coveted celebrity photographs at issue in this litigation. Backgrid owns at least 107 timely registered photograph ("Backgrid Timely Registered Photographs") that have been infringed by Defendants and are at issue in this litigation.

9.     Backgrid filed for copyright registration of their respective Backgrid Timely Registered Photographs within 90 days of their first publication with the United States Copyright Office.  The Copyright registration information for the timely registered photographs is attached as Exhibit A.

### *Defendants and Their Willful Infringing Activity*

10.     WeGotThisCovered.com is an entertainment website featuring comic book, movie and gaming articles.  Alexa, a leading internet ranking engine, currently ranks it as number 620 in global internet engagement and traffic.  It professes to be a "strong brand" in the industry, having been recognized by MTV, Huffington Post, Total Film, Indiewire, Metacritic, Rotten Tomatoes and more. On information and

3

**COMPLAINT**

belief, it currently employs over 20 staff writers and editors and has readers in over 225 countries.

11.    Matthew Joseph is one of the remaining founder of WeGotThisCovered.com. The website represents that he both "runs the website" and is also the editor-in-chief. On information and belief, he oversees the content published by WeGotThisCovered.com, and, in addition, has participated in the infringement as he has been credited with articles that infringe the photographs at issue in this dispute.

12.    Defendants have reproduced, distributed, displayed, and created unauthorized derivative works of the Backgrid Timely Registered Photographs on without consent or license. *See* Exhibit B.

13.    Defendants have violated federal law by willfully infringing at least 107 timely registered photographs on, at least, the WeGotThisCovered.com website, which are owned by Backgrid.

14.    Defendants have induced, caused, or materially contributed to the reproduction, distribution and public display of the Backgrid Timely Registered Photographs, and derivatives thereof, all the while knowing that the infringing images on the website were being used without permission, consent, or license.

15.    On information and belief, at all times relevant to this dispute, Defendants have operated, and controlled the WeGotThisCovered.com website and have financially benefited by displaying and reproducing the Backgrid Timely Registered Photographs thereto.  On information and belief, Defendants have driven significant traffic to its website and increased the goodwill to its brand through the unauthorized use of the Backgrid Timely Registered Photographs, and, thereby increased its revenues through the presence of the sought-after and searched-for Backgrid Timely Registered Photographs that frame this dispute.  Such traffic translated into a substantial ill-gotten commercial advantage and increased brand awareness as a direct consequence of the infringements.

4

**COMPLAINT**

16.     The Parties attempted to resolve this dispute prior to the filing of this lawsuit but were unable to do so.

## FIRST CLAIM FOR RELIEF

### (Backgrid's Claim for Copyright Infringement, 17 U.S.C. § 501)

17.     Backgrid incorporates here by reference the allegations in paragraphs 1 through 16 above.

18.     Backgrid is the owner of all rights, title, and interest in the copyrights of the Backgrid Timely Registered Photograph that frame this dispute, which substantially consist of material that is wholly original copyrightable subject matter under the laws of the United States.

19.     Backgrid filed for copyright registration of the Backgrid Timely Registered Photographs with the United States Copyright Office within 90 days of their first publication.

20.     Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed Backgrid's copyrights by reproducing, displaying, distributing, and utilizing the Backgrid Timely Registered Photographs for purposes of trade in violation of 17 U.S.C. §§ 501 *et seq.*

21.     All of the Defendants' acts are and were performed without permission, license, or consent of Backgrid.

22.     Backgrid has identified at least 107 instances of infringement by way of unlawful reproduction and display of the Backgrid Timely Registered Photographs.

23.     As a result of the acts of Defendants alleged herein, Backgrid has suffered substantial economic damage.

24.     Defendants have willfully infringed, and unless enjoined will continue to infringe Backgrid's copyrights by knowingly reproducing, displaying, distributing, and utilizing Backgrid's photographs by, among other things, virtue of Defendants' encouragement of the infringement and financial benefit it receives from infringement of Backgrid's copyrights.

5

COMPLAINT

25.    Defendant's wrongful acts have caused, and are causing, injury to Backgrid, which injury cannot be accurately computed, Unless this Court restrains Defendants from further commission of said acts, Backgrid will suffer irreparable injury for which it is without an adequate remedy at law. Accordingly, Backgrid seeks a declaration that Defendants are infringing Backgrid's copyrights and an order under 17 U.S.C. § 502 enjoining Defendant from any further infringement.

26.    The above-documented infringements alone would entitle Backgrid to a potential award of up to $ 150,000 in statutory damages for each willfully infringed photograph, in addition to its attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1.    That Defendants, and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or engaging in any other form of dealing or transaction in, any and all the Agency Photographs, including on Instagram and Facebook;

2.    That pursuant to 17 U.S.C. § 504 (a)(1) & (b) an accounting be made of all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiffs' copyrights;

3.    Pursuant to under 17 U.S.C. § 504 (a)(1) & (b) for actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement, and for all damages suffered by Plaintiffs by reasons of Defendant's acts;

5.    For statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. § 504(a)(2) & (c);

6.      For reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505;

7.      For costs and interest pursuant to 17 U.S.C. § 504 (a)(1) & (b), 17 U.S.C. § 505, and

8.      For any such other and further relief as the Court may deem just and appropriate.

Dated:  October 27, 2020                    **ONE LLP**

                                            By:  /s/ Joanna Ardalan
                                                 Joanna Ardalan
                                                 Peter R. Afrasiabi

                                                 Attorneys for Plaintiff
                                                 Backgrid USA, Inc.

7

**COMPLAINT**

## **DEMAND FOR JURY TRIAL**

Plaintiffs Backgrid USA, Inc., hereby demands trial by jury of all issues so triable under the law.

Dated:  October 27, 2020                    **ONE LLP**

                                                              By:  /s/ Joanna Ardalan
                                                                      Joanna Ardalan
                                                                      Peter R. Afrasiabi

                                                                      Attorneys for Plaintiff
                                                                      Backgrid USA, Inc.

8

**COMPLAINT**