# EXHIBIT A

Published Group of Photos, *EXCLUSIVE* Paul Rudd gets energetic on the set of Ant-Man And The Wasp - set number BGUS_1023958 - 27 images, published 2017-10-13



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Paul Rudd gets energetic on the set of 'Ant-Man And The
Search Results: Displaying 1 of 1 entries



Labeled View

***Group Registration of Published Photos, *EXCLUSIVE* Paul Rudd gets...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002086927 / 2018-01-10 |
| **Application Title:** | Group Registration of Published Photos, *EXCLUSIVE* Paul Rudd gets energetic on the set of 'Ant-Man And The Wasp' - set number BGUS_1023958 - 27 images, published 2017-10-13. |
| **Title:** | Group Registration of Published Photos, *EXCLUSIVE* Paul Rudd gets energetic on the set of 'Ant-Man And The Wasp' - set number BGUS_1023958 - 27 images, published 2017-10-13. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-10-13 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | *EXCLUSIVE* Paul Rudd gets energetic on the set of 'Ant-Man And The Wasp' - set number BGUS_1023958 - 27 images |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photograph. |
| **Rights and Permissions:** | Maria Buda, BackGrid USA, Inc., 700 N Pacific Coast Hwy., Suite 200, Redondo Beach, CA, 90277, United States, (917) 242-1505, (310) 798-9111, mbuda@akmgsi.com |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

*EXCLUSIVE* Avengers 4 filming in Atlanta - set number BGUS_1106491 - 22 images

# Copyright
**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* 'Avengers 4' filming in Atlanta
Search Results: Displaying 1 of 1 entries



Labeled View

---

### *EXCLUSIVE* 'Avengers 4' filming in Atlanta - set number BGUS_1106491 - 22...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002098181 / 2018-04-10 |
| **Application Title:** | *EXCLUSIVE* 'Avengers 4' filming in Atlanta - set number BGUS_1106491 - 22 images |
| **Title:** | *EXCLUSIVE* 'Avengers 4' filming in Atlanta - set number BGUS_1106491 - 22 images. [Group registration of published photographs. 22 photographs. 2018-01-10 to 2018-01-10] |
| **Description:** | 22 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Hwy, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-10 to 2018-01-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (22 photographs): 10226950, 10226951, 10226952, 10226953, 10226954, 10226955, 10226956, 10226957, 10226958, 10226959, 10226960, 10226961, 10226962, 10226963, 10226964, 10226965, 10226966, 10226967, 10227089, 10227090, 10227091, 10227092 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format `Full Record` ▾ Format for Print/Save |
| Enter your email address: [_____] Email |

---

EXCLUSIVE: Avengers 4 filming in Atlanta - set number BGUS_1106491 - 22 images

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

2018-04-17 09:01:13

*EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of Avengers 4 - set number BGUS_1105954 - 42 images



**Help**   **Search**   **History**   **Titles**   **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of
Search Results: Displaying 1 of 1 entries

◁ **previous**   **next** ▷

**Labeled View**

### *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002098194 / 2018-04-10 |
| **Application Title:** | *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of 'Avengers 4' - set number BGUS_1105954 - 42 images |
| **Title:** | *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of 'Avengers 4' - set number BGUS_1105954 - 42 images. [Group registration of published photographs. 42 photographs. 2018-01-10 to 2018-01-10] |
| **Description:** | 42 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Hwy, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-10 to 2018-01-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (42 photographs): 10218626, 10218627, 10218628, 10218629, 10218630, 10218667, 10218668, 10218669, 10218670, 10218671, 10218672, 10218673, 10218674, 10218675, 10218676, 10218677, 10218678, 10218679, 10218680, 10218681, 10218682, 10218683, 10218684, 10218685, 10218686, 10218687, 10218688, 10218689, 10218690, 10218691, 10218692, 10218693, 10218694, 10218695, 10218696, 10218697, 10218698, 10218699, 10218700, 10218701, 10218702, 10218703 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

◁ **previous**   **next** ▷

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:  _____   Email |

*EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of Avengers 4 - set number BGUS_1105954 - 42 images

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**©opyright**
United States Copyright Office



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Brie Larson arrives on the set of Captain Marvel
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷

Labeled View

*EXCLUSIVE* Brie Larson arrives on the set of Captain Marvel - set number...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002099606 / 2018-04-19 |
| **Application Title:** | *EXCLUSIVE* Brie Larson arrives on the set of Captain Marvel - set number BGUS_1119901 - 5 images |
| **Title:** | *EXCLUSIVE* Brie Larson arrives on the set of Captain Marvel - set number BGUS_1119901 - 5 images. [Group registration of published photographs. 5 photographs. 2018-01-24 to 2018-01-24] |
| **Description:** | 5 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-24 to 2018-01-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (5 photographs): 10467439, 10467440, 10467441, 10467442, 10467443 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

◁ previous    next ▷



| **Save, Print and Email (Help Page)** |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]  Email |

---

Help   Search   History   Titles   Start Over

EXCLUSIVE Brie Larson arrives on the set of Captain Marvel - set number BGUS_1199901 - 5 images

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

EXCLUSIVE* Cobie Smulders and Samuel L. Jackson re-teaming for upcoming Marvel movie! - set number BGUS_1116452 - 39 images



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Cobie Smulders and Samuel L. Jackson re-teaming for upcoming Marvel
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

Labeled View

---

***EXCLUSIVE* Cobie Smulders and Samuel L. Jackson re-teaming for upcoming...**

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002099609 / 2018-04-20 |
| **Application Title:** | *EXCLUSIVE* Cobie Smulders and Samuel L. Jackson re-teaming for upcoming Marvel movie! - set number BGUS_1116452 - 35 images |
| **Title:** | *EXCLUSIVE* Cobie Smulders and Samuel L. Jackson re-teaming for upcoming Marvel movie! - set number BGUS_1116452 - 35 images. [Group registration of published photographs. 35 photographs. 2018-01-21 to 2018-01-21] |
| **Description:** | 35 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-21 to 2018-01-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (35 photographs): 10411681, 10411682, 10411683, 10411684, 10411685, 10411686, 10411687, 10411688, 10411689, 10411690, 10411691, 10411692, 10411693, 10411694, 10411695, 10411696, 10411697, 10411698, 10411699, 10411700, 10411701, 10411702, 10411703, 10411704, 10411705, 10411849, 10411850, 10411851, 10411852, 10411853, 10411854, 10411855, 10411856, 10411857, 10411858 |
| **Names:** | Heim, August |
|  | BackGrid USA, Inc. |



◁ previous | next ▷

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |

EXCLUSIVE: Cobie Smulders and Samuel L. Jackson re-teaming for upcoming Marvel movie! - set number BGUS_1116452 - 35 images

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain
Search Results: Displaying 1 of 1 entries



Labeled View

---

### *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain...

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002099945 / 2018-04-24 |
| **Application Title:** | *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images |
| **Title:** | *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images. [Group registration of published photographs. 28 photographs. 2018-01-26 to 2018-01-26] |
| **Description:** | 28 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-26 to 2018-01-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (28 photographs): 10504641, 10504642, 10504643, 10504644, 10504645, 10504646, 10504647, 10504648, 10504649, 10504650, 10504651, 10504652, 10504653, 10504654, 10504655, 10504656, 10504657, 10504658, 10504659, 10504660, 10504661, 10504662, 10504663, 10504664, 10504665, 10504666, 10504667, 10504668 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

| previous | next |

---

| **Save, Print and Email (Help Page)** | |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

PREMIUM/EXCLUSIVE: First Photos of Brie Larson suited up as Captain Marvel! - set number BGUS_1120135 - 28 images

**Help   Search   History   Titles   Start Over**

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Copyright
### United States Copyright Office

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Brie Larson films 'Captain Marvel' in LA
Search Results: Displaying 1 of 1 entries



**Labeled View**

***\*EXCLUSIVE\* Brie Larson films 'Captain Marvel' in LA - set number...***

|  |  |
|--|--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002103073 / 2018-05-14 |
| **Application Title:** | *EXCLUSIVE* Brie Larson films 'Captain Marvel' in LA - set number BGUS_1179406 - 15 images |
| **Title:** | *EXCLUSIVE* Brie Larson films 'Captain Marvel' in LA - set number BGUS_1179406 - 15 images. [Group registration of published photographs. 15 photographs. 2018-03-20 to 2018-03-20] |
| **Description:** | 15 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-03-20 to 2018-03-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Kevin Perkins; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2018 (15 photographs): 11573351, 11573352, 11573353, 11573354, 11573355, 11573356, 11573357, 11573358, 11573359, 11573360, 11573361, 11573362, 11573363, 11573364, 11573365 |
| **Names:** | Perkins, Kevin |
|  | BackGrid USA, Inc. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼]   Format for Print/Save |
| Enter your email address: [                    ]  Email |

Help   Search   History   Titles   Start Over

EXCLUSIVE: Brie Larson films Captain Marvel in LA - set number BGUS_1179496 - 15 images

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

2018-05-20 09:01:46

EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the Sabrina series reboot - set number BGUS_1193177 - 45 images



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the
Search Results: Displaying 1 of 1 entries



| Labeled View |

### *EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002108206 / 2018-06-27 |
| **Application Title:** | *EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the 'Sabrina' series reboot - set number BGUS_1193177 - 45 images |
| **Title:** | *EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the 'Sabrina' series reboot - set number BGUS_1193177 - 45 images. [Group registration of published photographs. 45 photographs. 2018-04-04 to 2018-04-04] |
| **Description:** | 45 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Hwy, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-04-04 to 2018-04-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Justin King; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in April 2018 (45 photographs): 11809324, 11809325, 11809326, 11809327, 11809328, 11809329, 11809330, 11809331, 11809332, 11809333, 11809334, 11809335, 11809336, 11809337, 11809338, 11809339, 11809340, 11809341, 11809342, 11809343, 11809344, 11809345, 11809346, 11809347, 11809348, 11809349, 11809350, 11809351, 11809352, 11809353, 11809354, 11809355, 11809356, 11809357, 11809358, 11809467, 11809468, 11809469, 11809470, 11809471, 11809472, 11809473, 11809474, 11809475, 11809476 |
| **Names:** | King, Justin |
| | BackGrid USA, Inc. |



| Save, Print and Email (Help Page) |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

*EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the Sabrina series reboot - set number BGUS_1193177 - 45 images

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



**C**opyright

United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* 'The Walking Dead' starts filming season 9 in Atlanta
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

Labeled View

### *EXCLUSIVE* 'The Walking Dead' starts filming season 9 in Atlanta - set...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002113108 / 2018-07-30 |
| **Application Title:** | *EXCLUSIVE* 'The Walking Dead' starts filming season 9 in Atlanta - set number BGUS_1222656 - 40 images |
| **Title:** | *EXCLUSIVE* 'The Walking Dead' starts filming season 9 in Atlanta - set number BGUS_1222656 - 40 images. [Group registration of published photographs. 40 photographs. 2018-05-03 to 2018-05-03] |
| **Description:** | 40 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-05-03 to 2018-05-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in May 2018 (40 photographs): 12373100, 12373101, 12373102, 12373103, 12373104, 12373105, 12373106, 12373107, 12373108, 12373109, 12373110, 12373111, 12373112, 12373462, 12373463, 12373464, 12373465, 12373466, 12373467, 12373468, 12373469, 12373470, 12373471, 12373472, 12373473, 12373474, 12373475, 12373476, 12373477, 12373478, 12373479, 12373480, 12373481, 12373482, 12373483, 12373484, 12373485, 12373486, 12373487, 12373488 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |



◁ previous | next ▷

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____   Email |

*EXCLUSIVE* The Walking Dead starts filming season 9 in Atlanta - set number BGUS_4222656 - 40 images

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

EXCLUSIVE* Ben Affleck gets a delivery at his house - set number BGUS_1315590 - 14 images



United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Ben Affleck gets a delivery at his house
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

Labeled View

### *EXCLUSIVE* Ben Affleck gets a delivery at his house - set number...

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002127607 / 2018-11-17 |
| **Application Title:** | *EXCLUSIVE* Ben Affleck gets a delivery at his house - set number BGUS_1315590 - 14 images |
| **Title:** | *EXCLUSIVE* Ben Affleck gets a delivery at his house - set number BGUS_1315590 - 14 images. [Group registration of published photographs. 14 photographs. 2018-08-20 to 2018-08-20] |
| **Description:** | 14 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-08-20 to 2018-08-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Maximillano Lopes Jr.; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in August 2018 (14 photographs): 14594712, 14594713, 14594773, 14594774, 14594775, 14594776, 14594855, 14594856, 14594857, 14594858, 14594973, 14594974, 14594975, 14595169 |
| **Names:** | Lopes Jr., Maximillano<br>BackGrid USA, Inc. |

◁ previous | next ▷

| **Save, Print and Email (Help Page)** |
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | [_____] | Email |



Help   Search   History   Titles   Start Over

EXCLUSIVE* Ben Affleck gets a delivery at his house - set number BGUS_1315990 - f4 images

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

is spotted for the first time as he reprises his starring role in sequel to Top Gun 32 years after hit films original release **WEB EMBARGO UNTIL 11AM PST ON 10/10/18 - set

# Copyright
**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-
EXCLUSIVE* Tom Cruise is spotted for the first time as he reprises his
Search Results: Displaying 1 of 1 entries



---

Labeled View

---

### *PREMIUM-EXCLUSIVE* Tom Cruise is spotted for the first time as he reprises...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002127611 / 2018-11-18 |
| **Application Title:** | *PREMIUM-EXCLUSIVE* Tom Cruise is spotted for the first time as he reprises his starring role in sequel to 'Top Gun' 32 years after hit film's original release **WEB EMBARGO UNTIL 11AM PST ON 10/10/18 - set number BGUS_1362232 - 40 images |
| **Title:** | *PREMIUM-EXCLUSIVE* Tom Cruise is spotted for the first time as he reprises his starring role in sequel to 'Top Gun' 32 years after hit film's original release **WEB EMBARGO UNTIL 11AM PST ON 10/10/18 - set number BGUS_1362232 - 40 images. [Group registration of published photographs. 40 photographs. 2018-10-09 to 2018-10-09] |
| **Description:** | 40 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-10-09 to 2018-10-09 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | David Sanchez; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2018 (40 photographs): 16665071, 16665072, 16665073, 16665074, 16665075, 16665076, 16665077, 16665078, 16665079, 16665080, 16665370, 16665371, 16665372, 16665373, 16665374, 16665375, 16665376, 16665377, 16665378, 16665379, 16665380, 16665381, 16665382, 16665383, 16665384, 16665385, 16665386, 16665387, 16665388, 16665389, 16665390, 16665391, 16665392, 16665393, 16665394, 16665395, 16665396, 16665397, 16665398, 16665399 |
| **Names:** | Sanchez, David |
| | BackGrid USA, Inc. |



---

| **Save, Print and Email (Help Page)** |
|---|

| Select Download Format | Full Record ▾ | Format for Print/Save |

is spotted for the first time as he reprises his starring role in sequel to Top Gun 32 years after hit films original release  **WEB EMBARGO UNTIL  11AM PST ON 10/10/18 - set

**Enter your email address:** [                    ] — Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# ©opyright
United States Copyright Office

The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Margot Robbie films scenes for latest Harley Quinn role in 'Birds
Search Results: Displaying 1 of 1 entries



Labeled View

***EXCLUSIVE* Margot Robbie films scenes for latest Harley Quinn role in...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002148912 / 2019-04-25 |
| **Application Title:** | *EXCLUSIVE* Margot Robbie films scenes for latest Harley Quinn role in '"Birds of Prey" - set number BGUS_1474929 - 87 images |
| **Title:** | *EXCLUSIVE* Margot Robbie films scenes for latest Harley Quinn role in '"Birds of Prey" - set number BGUS_1474929 - 87 images. [Group registration of published photographs. 87 photographs. 2019-02-02 to 2019-02-02] |
| **Description:** | 87 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-02-02 to 2019-02-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Walter Blanco; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2019 (87 photographs): 18726980, 18726981, 18726982, 18726983, 18726984, 18726985, 18726986, 18726987, 18726988, 18727171, 18727172, 18727173, 18727174, 18727175, 18727176, 18727177, 18727178, 18727179, 18727180, 18727181, 18727182, 18727183, 18727184, 18727185, 18727186, 18727187, 18727188, 18727189, 18727190, 18727191, 18727192, 18727193, 18727194, 18727195, 18727196, 18727197, 18727198, 18727199, 18727200, 18727201, 18727202, 18727203, 18727204, 18727205, 18727206, 18727207, 18727208, 18727209, 18727210, 18727211, 18727212, 18727213, 18727214, 18727215, 18727216, 18727217, 18727218, 18727219, 18727220, 18727221, 18727222, 18727223, 18727224, 18727225, 18727226, 18727227, 18727228, 18727229, 18727230, 18727231, 18727232, 18727233, 18727234, 18727235, 18727236, 18727237, 18727238, 18727239, 18727240, 18727241, 18727242, 18727243, 18727244, 18727245, 18727246, 18727247, 18727248 |
| **Names:** | Blanco, Walter |
| | BackGrid USA, Inc. |

EXCLUSIVE- Margot Robbie films scenes for latest Harley Quinn role in 'Birds of Prey' - set number BGUS_1474929 - 87 images

◁ **previous**   **next** ▷

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address:  [                    ]   Email |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

EXCLUSIVE* Margot Robbie carries her belongings on the set of Birds Of Prey - set number BGUS_1494246 - 48 images

# Copyright
United States Copyright Office

**The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Margot Robbie carries her belongings on the set of 'Birds Of
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

***EXCLUSIVE* Margot Robbie carries her belongings on the set of 'Birds Of...**

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002149949 / 2019-04-25
**Application Title:** *EXCLUSIVE* Margot Robbie carries her belongings on the set of 'Birds Of Prey' - set number BGUS_1494246 - 48 images
**Title:** *EXCLUSIVE* Margot Robbie carries her belongings on the set of 'Birds Of Prey' - set number BGUS_1494246 - 48 images. [Group registration of published photographs. 48 photographs. 2019-02-21 to 2019-02-21]
**Description:** 48 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2019
**Publication Date Range:** 2019-02-21 to 2019-02-21
**Nation of First Publication:** United States
**Authorship on Application:** Walter Blanco; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.
Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in February 2019 (48 photographs): 19110101, 19110102, 19110103, 19110104, 19110105, 19110106, 19110107, 19110108, 19110109, 19110110, 19110111, 19110112, 19110113, 19110114, 19110115, 19110116, 19110117, 19110118, 19110119, 19110120, 19110121, 19110122, 19110123, 19110124, 19110125, 19110126, 19110127, 19110128, 19110129, 19110130, 19110131, 19110132, 19110133, 19110134, 19110135, 19110136, 19110137, 19110138, 19110139, 19110140, 19110141, 19110142, 19110143, 19110144, 19110145, 19110146, 19110147, 19110148
**Names:** Blanco, Walter
BackGrid USA, Inc.

◀ previous    next ▶

**Save, Print and Email (Help Page)**

EXCLUSIVE- Margot Robbie carries her belongings on the set of Birds Of Prey - set number BGUS_1494246 - 48 images

| Select Download Format | Full Record ▾ | Format for Print/Save |

Enter your email address: [_____] Email

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Copyright
### United States Copyright Office

**The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Mary Elizabeth Winstead films Birds of Prey with her stunt
Search Results: Displaying 1 of 1 entries

◀ previous     next ▶

**Labeled View**

***\*EXCLUSIVE\* Mary Elizabeth Winstead films "Birds of Prey" with her stunt...***

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002150921 / 2019-04-25
**Application Title:** *EXCLUSIVE* Mary Elizabeth Winstead films "Birds of Prey" with her stunt double - set number BGUS_1481865 - 75 images
**Title:** *EXCLUSIVE* Mary Elizabeth Winstead films "Birds of Prey" with her stunt double - set number BGUS_1481865 - 75 images. [Group registration of published photographs. 75 photographs. 2019-02-09 to 2019-02-09]
**Description:** 75 photographs : Electronic file (eService)
**Copyright Claimant:** BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States.
**Date of Creation:** 2019
**Publication Date Range:** 2019-02-09 to 2019-02-09
**Nation of First Publication:** United States
**Authorship on Application:** Walter Blanco; Domicile: United States. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.
Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required! 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.
**Photographs:** Published in February 2019 (75 photographs): 18859996, 18859997, 18859998, 18859999, 18860000, 18860001, 18860002, 18860003, 18860004, 18860005, 18860006, 18860007, 18860008, 18860009, 18860010, 18860011, 18860012, 18860013, 18860014, 18860015, 18860016, 18860017, 18860018, 18860019, 18860020, 18860021, 18860022, 18860023, 18860024, 18860025, 18860026, 18860027, 18860028, 18860029, 18860030, 18860031, 18860032, 18860033, 18860034, 18860035, 18860036, 18860037, 18860038, 18860039, 18860040, 18860041, 18860157, 18860158, 18860159, 18860160, 18860161, 18860162, 18860163, 18860164, 18860165, 18860166, 18860167, 18860168, 18860169, 18860170, 18860171, 18860172, 18860173, 18860174, 18860175, 18860176, 18860177, 18860178, 18860179, 18860180, 18860181, 18860182, 18860183, 18860184, 18860185
**Names:** Blanco, Walter
BackGrid USA, Inc.



◀ previous     next ▶

2019-05-19 09:00:15                                                                                          Page 1 of 2

EXCLUSIVE: Mary Elizabeth Winstead films "Birds of Prey" with her stunt double - set number BGUS_1481865 - 75 images

**Save, Print and Email (Help Page)**

Select Download Format  Full Record  ▾    Format for Print/Save

Enter your email address: [                    ]  Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

*EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The Winter Soldier In Atlanta! - set number BGUS_1786610 - 28 images

# ©opyright
### United States Copyright Office

> **Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The
Search Results: Displaying 1 of 1 entries

◀ previous | next ▶

Labeled View

---

### *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002197921 / 2020-02-11 |
| **Application Title:** | *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The Winter Soldier' in Atlanta! - set number BGUS_1786610 - 28 images |
| **Title:** | *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The Winter Soldier' in Atlanta! - set number BGUS_1786610 - 28 images. [Group registration of published photographs. 28 photographs. 2019-11-14 to 2019-11-14] |
| **Description:** | 28 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-11-14 to 2019-11-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in November 2019 (28 photographs): 24891046, 24891045, 24891044, 24891043, 24891042, 24891041, 24891040, 24891039, 24891038, 24891037, 24891036, 24891035, 24891034, 24891033, 24891032, 24891031, 24891030, 24891029, 24891028, 24891027, 24891026, 24891025, 24891024, 24891023, 24891022, 24891021, 24891020, 24891019 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

◀ previous | next ▶

---

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▾]   Format for Print/Save

---

EXCLUSIVE First Look: Sebastian Stan begins filming The Falcon And The Winter Soldier in Atlanta! - set number BGUS_1786610 28 images

Enter your email address: [                              ]   Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

2020-04-01 09:00:47

*EXCLUSIVE* Elizabeth Olsen on the set of Marvels Wandavision - set number BGUS_1817882 - 17 images



**United States Copyright Office**

Library buildings are closed to the public until further notice, but the
U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Elizabeth Olsen on the set of Marvel's 'Wandavision'
Search Results: Displaying 1 of 1 entries

[previous] [next]

Labeled View

***EXCLUSIVE* Elizabeth Olsen on the set of Marvel's 'Wandavision' - set...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002199888 / 2020-03-13 |
| **Application Title:** | *EXCLUSIVE* Elizabeth Olsen on the set of Marvel's 'Wandavision' - set number BGUS_1817882 - 17 images |
| **Title:** | *EXCLUSIVE* Elizabeth Olsen on the set of Marvel's 'Wandavision' - set number BGUS_1817882 - 17 images. [Group registration of published photographs. 17 photographs. 2019-12-16 to 2019-12-16] |
| **Description:** | 17 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-12-16 to 2019-12-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in December 2019 (17 photographs): 25502571, 25502570, 25502569, 25502568, 25502567, 25502566, 25502565, 25502564, 25502563, 25502562, 25502561, 25502560, 25502559, 25502558, 25502557, 25502556, 25502555 |
| **Names:** | Heim, August |
| | BackGrid USA, Inc. |

[previous] [next]

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   Format for Print/Save |
| Enter your email address: [                    ]  Email |

EXCLUSIVE- Elizabeth Olsen on the set of Marvels Wandavision - set number BGUS_1817882 - 17 images

---

**Help  Search  History  Titles  Start Over**

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002201802
Search Results: Displaying 1 of 1 entries

◄ previous    next ►

---



Labeled View

---

### *EXCLUSIVE* Daniel Bruhl, Emily VanCamp and Sebastian Stan on set filming...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002201802 / 2020-04-08 |
| **Application Title:** | *EXCLUSIVE* Daniel Bruhl, Emily VanCamp and Sebastian Stan on set filming "The Falcon and the Winter Soldier" - set number BGUS_1834881 - 10 images |
| **Title:** | *EXCLUSIVE* Daniel Bruhl, Emily VanCamp and Sebastian Stan on set filming "The Falcon and the Winter Soldier" - set number BGUS_1834881 - 10 images. [Group registration of published photographs. 10 photographs. 2020-01-10 to 2020-01-10] |
| **Description:** | 10 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-01-10 to 2020-01-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2020 (10 photographs): 25820461, 25820460, 25820418, 25820417, 25820416, 25820415, 25820414, 25820413, 25820412, 25820411 |



**Names:** Heim, August

BackGrid USA, Inc.

[◄ previous] [next ►]

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] | |
| Enter your email address: [_____] [Email] | |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0002208426
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



***EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002208426 / 2020-06-01 |
| **Application Title:** | *EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for The Disney+ new anticipated show 'Loki' in Atlanta! - set number BGUS_1886477 - 28 images |
| **Title:** | *EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for The Disney+ new anticipated show 'Loki' in Atlanta! - set number BGUS_1886477 - 28 images. [Group registration of published photographs. 28 photographs. 2020-03-04 to 2020-03-04] |
| **Description:** | 28 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-03-04 to 2020-03-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | August Heim; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2020 (28 photographs): 27063661, 27063660, 27063659, |

27063658, 27063657, 27063656, 27063655, 27063654, 27063653, 27063652,
27063651, 27063650, 27063649, 27063648, 27063647, 27063646, 27063645,
27063644, 27063643, 27063642, 27063641, 27063640, 27063639, 27063638,
27063637, 27063636, 27063635, 27063634

**Names:**  Heim, August

BackGrid USA, Inc.





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] | |
| Enter your email address: [              ]  [Email] | |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page