# EXHIBIT B



























https://wegotthiscovered.com/tv/falcon-w...



https://wegotthiscovered.com/movies/internet-freaking-jared-leto-returning-joker/































WE GOT THIS COVERED    MOVIES   GAMING   TV   COMIC BOOKS   REVIEWS   FEATURED   VIDEOS   ⌄

Share   Comment

one of Marvel Studios' go-to cities for shooting in, and you can check out the photos below.

## The Falcon And The Winter Soldier Set Photos Reveal Bucky's ...

2 of 5



CLICK TO ZOOM

**The Truth About Chantel From '90 Day Fiance' Is Finally Clear**

**The 'Little Hercules' Boy Doesn't Look Like This Anymore**

Powered by ZergNet

TRENDING

The Internet Is Freaking Out Over

















































































@AJDESIGNS0220









































































































© Dsanchez / BACKGRID

















