Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WEGOTTHISCOVERED.COM, entity type unknown, MATTHEW JOSEPH, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-09883 PA (ASx)<br>Hon. Percy Anderson<br><br>**RESPONSE TO ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION (DKT. 13]** |

I, Joanna Ardalan, declare as follows:

1. I am attorney admitted to practice before this Court and I represent Backgrid USA, Inc. in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would competently testify as to the matters set forth herein.

2. Since the filing of the Complaint, I have searched extensively for the physical address of Defendants, including searching LexisNexis records, internet searches, and reviewing the WhoIs information for the website WeGotThisCovered.com (the "Website"). I have been unable to find it. The WhoIs Registry provides contact information for the registrant (the person or entity who registered a website domain) and registrar (the service that the registrant uses to register a website domain). The WhoIs website revealed that the website registrant "We Got This Covered," did not include a complete physical address. A true and correct screenshot of the WhoIs information is attached as **Exhibit A**. The WhoIs information also revealed that GoDaddy is the registrar of the Website.

3. On November 19, 2020, I sent an e-mail message to GoDaddy. The message was sent to GoDaddy's dedicated "abuse" e-mail address. I asked GoDaddy for the physical address associated with the Website because it engaged in repeat copyright infringement and attached a filed copy of the complaint against Defendants. A true and correct copy of the e-mail message to is attached as **Exhibit B**. GoDaddy responded, but did not provide the physical address as requested. In addition, Backgrid sent DMCA takedown notices to the server of the Website in November and December 2020. On information and belief, those DMCA notices were forwarded by the ISP to Defendants as required under 17 U.S.C. § 512.

4. I understand from Backgrid's agent that on or around December 11, 2020, Defendant Matthew Joseph called Backgrid, who directed him to me. Mr. Joseph and I exchanged text messages and a telephone call. A true and correct copy of the text messages is attached as **Exhibit C**. During the text and phone

conversation between Mr. Joseph and me, Mr. Joseph explained that he was in the process of retaining a lawyer for the above captioned lawsuit, but he did not have one yet. I explained to him that once Defendants are represented, I would need to speak to the lawyer and could no longer communicate with Mr. Joseph directly. A true and correct copy of the e-mail correspondence is attached as **Exhibit D**. Mr. Joseph requested a copy of the complaint and proof of service. I explained that the complaint had not been served yet, but that I would send a stamped copy of the complaint to Mr. Joseph's e-mail address, Matt@WeGotThisCovered.com, an e-mail address that Mr. Joseph confirmed over text message. *See* Exhibit C. I did not hear back from Mr. Joseph regarding his representation. I followed-up by e-mail but received no response. A true and correct copy of the e-mail correspondence is attached as **Exhibit E**.

5. Backgrid has filed an ex parte application requesting that the Court permit service by e-mail message.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed this 16th day of February 2021 at Beverly Hills, California.

Dated: February 16, 2021         **ONE LLP**

By: /s/ Joanna Ardalan
    Joanna Ardalan
    Peter R. Afrasiabi

    Attorneys for Plaintiff
    Backgrid USA, Inc.

3

**RESPONSE TO ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**