# EXHIBIT A


Case 2:20-cv-09883-PA-AS   Document 15-1   Filed 02/16/21   Page 2 of 2   Page ID #:229

EXHIBIT A
PAGE 7