# EXHIBIT B

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | "abuse@godaddy.com" |
| **Subject:** | WeGotThisCovered.com Registrant Information |
| **Date:** | Thursday, November 19, 2020 12:29:00 PM |
| **Attachments:** | 2020-10-27 0001 - 0001-2 Complaint w exhs.pdf |

Hi there,

We filed the attached lawsuit against WeGotThisCovered.com, entity type unknown. The website is registered with GoDaddy and, as alleged in the attached complaint which has been filed in the Central District of California, the site is a repeat infringer of copyright in violation of GoDaddy's terms and conditions.  (*See* Universal Terms of Use Section 7.)  Please provide the contact information you have on file for this registrant so that we may serve them with the complaint.

Thank you,
Jo


--
**Jo Ardalan
Partner**



Intellectual Property & Entertainment Law
310-437-8665
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
jardalan@onellp.com
Beverly Hills | Newport Beach | San Diego

*<u>Notice</u>:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*