# EXHIBIT C

EXHIBIT C
PAGE 10

2:15

**Matthew**
iMessage
Fri, Dec 11, 12:57 PM

> Hi Matthew- this is Jo Ardalan. I represent Backgrid. I understand you have been reaching out to Okularity about WeGotThisCovered.com. Please call me when you are available

Hi Jo,

I've never been served with a claim and before I contact my lawyer I would need a copy of the claim as issued by a court. And proof of service. Once I have that, I can take it to him and he'll be in touch.

Thanks

> We haven't served you yet. I can send you the complaint which is stamped by the court

> Would you like that?

Sure, if you can email that over that'd be great. Thanks

> Which email should I send to?
> Delivered

matt@wegotthiscovered.com please

**EXHIBIT C**
**PAGE 11**

iMessage