# EXHIBIT D

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | "matt@wegotthiscovered.com" |
| **Cc:** | Robin Golder |
| **Subject:** | Backgrid v. WeGotThisCovered |
| **Date:** | Friday, December 11, 2020 12:37:00 PM |
| **Attachments:** | 2020-10-27 [0001 - 0001-2] Complaint w exhs.pdf |

Matt:

You requested a copy of the complaint before you send it to your lawyer, who I understand will be representing WeGotThisCovered. As discussed, if you are represented, I will need to talk to him/her directly and cannot speak with you.  Once retained, please have your lawyer call me so we can discuss.

Thanks,
Jo


--
**Jo Ardalan**
**Partner**

# one llp

Intellectual Property & Entertainment Law
310-437-8665
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
jardalan@onellp.com
Beverly Hills | Newport Beach | San Diego

*Notice*:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*