# EXHIBIT E

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | matt@wegotthiscovered.com |
| **Cc:** | Robin Golder |
| **Subject:** | RE: Backgrid v. WeGotThisCovered |
| **Date:** | Wednesday, January 6, 2021 3:24:00 PM |

Matt:

Last time we spoke you said you were about to retain an lawyer. Have you done so? I are happy to give you some flexibility, especially around the holidays, but now we need to prosecute this case. Can you please tell me if you have retained anyone and provide their contact information?

Thanks

--
**Jo Ardalan**
**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
jardalan@onellp.com
Beverly Hills | Newport Beach | San Diego

*Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

**From:** Jo Ardalan
**Sent:** Friday, December 11, 2020 12:37 PM
**To:** 'matt@wegotthiscovered.com' <matt@wegotthiscovered.com>
**Cc:** Robin Golder <rgolder@onellp.com>
**Subject:** Backgrid v. WeGotThisCovered

Matt:

You requested a copy of the complaint before you send it to your lawyer, who I understand will be representing WeGotThisCovered. As discussed, if you are represented, I will need to talk to him/her directly and cannot speak with you.  Once retained, please have your lawyer call me so we can discuss.

Thanks,
Jo

--
**Jo Ardalan**
**Partner**

# one llp

Intellectual Property & Entertainment Law
310-437-8665
9301 Wilshire Blvd., Penthouse
Beverly Hills, CA 90210
<u>jardalan@onellp.com</u>
Beverly Hills | Newport Beach | San Diego

<u>Notice</u>:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*