1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>WEGOTTHISCOVERED.COM, entity type unknown, MATTHEW JOSEPH, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.: 2:20-cv-09883 PA (ASx)<br>Hon. Percy Anderson<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO SERVE SUMMONS AND COMPLAINT ON DEFENDANTS VIA EMAIL** |

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

1
Having considered the Ex Parte Application, the accompanying Memorandum

2
of Points and Authorities, Declaration of Joanna Ardalan, the files, records, and

3
pleadings in this action, and the additional argument or evidence presented to the

4
Court, and for good cause appearing therefore the Court GRANTS Backgrid USA,

5
Inc.'s ex parte request in full. Backgrid USA Inc., is permitted to serve Defendants

6
WeGotThisCovered.Com and Matthew Joseph by e-mailing the case opening

7
documents to matt@wegotthiscovered.com.

8

9

10
By: /s/ Joanna Ardalan

11
Joanna Ardalan
Peter R. Afrasiabi

12

13
Attorneys for Plaintiff
Backgrid USA, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER**