1  AARON J. MOSS (SBN 190625)
   AMoss@ggfirm.com
2  STEVEN A. STEIN (SBN 287401)
   SStein@ggfirm.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  2049 Century Park East, Suite 2600
   Los Angeles, California 90067-4590
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
7  Attorneys for Defendants
   WEGOTTHISCOVERED.COM and MATTHEW
   JOSEPH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WEGOTTHISCOVERED.COM, entity type unknown, MATTHEW JOSEPH, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-09883-PA-AS<br>ORDER DENYING<br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>[Stipulation filed concurrently herewith]<br><br>Complaint Served: 2/23/2021<br>Current Response Date: 5/21/2021<br>New Response Date: 7/15/2021 |

1  Based on the parties' stipulation, and with good cause appearing therefor, the
2  Court hereby GRANTS the parties' stipulated request for an extension of time for
3  Defendants WeGotThisCovered.com and Matthew Joseph to respond to the
4  Complaint in this action, and that their response shall now be due on July 15, 2021.

6  IT IS SO ORDERED

**DENIED**
BY ORDER OF

*[signature]*

UNITED STATES DISTRICT JUDGE
05/14/21

9  Dated: _____

HON. PERCY ANDERSON
United States District Court Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, 26th Floor
Los Angeles, California 90067-4590