AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Central District of California<br>350 West First Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.<br>2:20-cv-09883 | DATE FILED<br>October 27, 2020 |
| PLAINTIFF<br>BACKGRID USA, INC., a California corporation | DEFENDANT<br>WEGOTTHISCOVERED.COM, entity type unknown,<br>MATTHEW JOSEPH, and DOES 1-10, inclusive |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED Stipulation of Dismissal<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>5/21/2021 |
|---|---|---|
| CLERK<br>Kiry K. Gray | (BY) DEPUTY CLERK<br>Margo Mead | DATE<br>5/24/2021 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

American LegalNet, Inc.
www.FormsWorkFlow.com

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING COPYRIGHT**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| VA0002208426 | *EXCLUSIVE* FIRST PHOTOS! Tom Hiddleston and Owen Wilson are seen filming for The Disney+ new anticipated show 'Loki' in Atlanta! | August Heim |
| VA0002201802 | *EXCLUSIVE* Daniel Bruhl, Emily VanCamp and Sebastian Stan on set filming "The Falcon and the Winter Soldier" | |
| VA0002199888 | *EXCLUSIVE* Elizabeth Olsen on the set of Marvel's 'Wandavision' | August Heim |
| VA0002197921 | *EXCLUSIVE* First Look: Sebastian Stan begins filming 'The Falcon And The Winter Soldier' in Atlanta! | August Heim |
| VA0002149949 | *EXCLUSIVE* Margot Robbie carries her belongings on the set of 'Birds Of Prey' | Walter Blanco |
| VA0002150921 | *EXCLUSIVE* Mary Elizabeth Winstead films "Birds of Prey" with her stunt double | Walter Blanco |
| VA0002148912 | *EXCLUSIVE* Margot Robbie films scenes for latest Harley Quinn role in '"Birds of Prey" | Walter Blanco |
| VA0002127611 | *PREMIUM-EXCLUSIVE* Tom Cruise is spotted for the first time as he reprises his starring role in sequel to 'Top Gun' 32 years after hit film's original release **WEB EMBARGO UNTIL 11AM PST ON 10/10/18 | David Sanchez |
| VA0002127607 | *EXCLUSIVE* Ben Affleck gets a delivery at his house | Maximillano Lopes Jr. |
| VA0002113108 | *EXCLUSIVE* 'The Walking Dead' starts filming season 9 in Atlanta | August Heim |
| VA0002108206 | *EXCLUSIVE* First look at Kiernan Shipka and Ross Lynch on the set of the 'Sabrina' series reboot | Justin King |
| VA0002103073 | *EXCLUSIVE* Brie Larson films 'Captain Marvel' in LA | Kevin Perkins |
| VA0002099945 | *PREMIUM-EXCLUSIVE* First Photos of Brie Larson suited up as Captain Marvel! | August Heim |
| VA0002099606 | *EXCLUSIVE* Brie Larson arrives on the set of Captain Marvel | August Heim |
| VA0002099609 | *EXCLUSIVE* Cobie Smulders and Samuel L. Jackson re-teaming for upcoming Marvel movie! | August Heim |
| VA0002098181 | *EXCLUSIVE* 'Avengers 4' filming in Atlanta | August Heim |
| VA0002098194 | *EXCLUSIVE* Chris Evans sports his old Captain America costume on the set of 'Avengers 4' | August Heim |
| VA0002086927 | *EXCLUSIVE* Paul Rudd gets energetic on the set of 'Ant-Man And The Wasp' | August Heim |